IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBIN MARK REITZ,                          3:13-cv-02025-AC

              Plaintiff,                ORDER

v.

MAYOR SAM ADAMS, GOVERNOR
KITZHABER OF OREGON; PORTLAND
POLICE DEPARTMENT; STATE OF
OREGON; and DEPARTMENT OF
TRANSPORTATION,

              Defendants.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and
Recommendation (#75) on March 2, 2015, in which he recommends
this Court deny Plaintiff's First Motion (#38) for Default; deny
Plaintiff's Motion (#56) for Extension of Time; grant Defendants'

1 - ORDER

Motions (#43, #44) to Dismiss and dismiss Plaintiff's Second
Amended Complaint (#24) with prejudice; and deny as moot
Plaintiff's Second Motion (#53) for Default.  The matter is now
before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and
Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate
Judge's Findings and Recommendation, the district court must make
a *de novo* determination of that portion of the Magistrate Judge's
report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561
F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328
F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections Plaintiff restates arguments presented to
the Magistrate Judge and submits additional materials that do not
state a claim on which relief can be granted or are not relevant
to the issues before the Court.

This Court has carefully considered Plaintiff's Objections
and concludes Plaintiff's Objections do not provide a basis to
modify the Findings and Recommendation.  The Court also has
reviewed the pertinent portions of the record *de novo* and does
not find any error in the Magistrate Judge's Findings and
Recommendation.


**CONCLUSION**

The Court **ADOPTS** Magistrate Judge Acosta's Findings and

2 - ORDER

Recommendation (#75).  Accordingly, the Court **DENIES** Plaintiff's

First Motion (#38) for Default and Plaintiff's Motion (#56) for

Extension of Time.  The Court **GRANTS** Defendants' Motions

(#43, #44) to Dismiss and **DISMISSES** Plaintiff's Second Amended

Complaint (#24) **with prejudice**.  Finally, the Court **DENIES as**

**moot** Plaintiff's Second Motion (#53) for Default.

     IT IS SO ORDERED.

     DATED this 23rd day of March, 2015.

                    /s/ Anna J. Brown

                    _____
                    ANNA J. BROWN
                    United States District Judge

3 - ORDER